### 17574.   GEORGIA-KENTUCKY REALTY CO. v. DODGE.

LUKE, J. The evidence authorized the verdict in favor of the plaintiff, and for none of the reasons pointed out in the record did the court err in overruling the motion for a new trial; nor is any error shown by the exceptions pendente lite.
The motion of the defendant in error for damages on account of bringing the case to this court for delay is denied.
*Judgment affirmed. Broyles, C. J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED DECEMBER 14, 1926.

Appeal and Error, 4 C. J. p. 851, n. 53; p. 852, n. 56.

Complaint; from city court of Atlanta—Judge Reid.   June 12, 1926.

Application for certiorari was made to the Supreme Court.

*W. H. Terrell,* for plaintiff in error.

*Tye, Peeples & Tye, John L. Tye Jr.,* contra.